

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00305-CV

**IN THE INTEREST OF S.E.W.**, a Child

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW-1500492
Honorable Jennifer Dillingham, Judge Presiding

PER CURIAM

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: September 18, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due July 5, 2024 and was not filed. We granted appellant's first motion for extension of time, extending the deadline to August 5, 2024, but the brief was not filed. On August 13, 2024, we ordered appellant to file, by August 28, 2024: (1) the brief; and (2) a written response reasonably explaining the failure to timely file a brief. In our order, we cautioned the appellant that if she failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM